*** INDUSTRIAL DEVELOPMENT AND PARK COMMISSION-SUCCESSOR TO STATE CONSERVATION COMMISSION*** LANDS ACQUIRED BY THE STATE CONSERVATION COMMISSION ARE NOW OWNED AND CONTROLLED BY THE OKLAHOMA INDUSTRIAL DEVELOPMENT AND PARK COMMISSION AS THE SUCCESSOR AGENCY OF THE STATE CONSERVATION COMMISSION. CITE: SECTION 1 74 O.S. 1961, 344.19 [74-344.19]; SECTION 9 (74 O.S. 1961, 344.27 [74-344.27]); 82 O.S. 1961, 1073 [82-1073]; 82 O.S. 1961, 1071-1078 [82-1071] — [82-1078]; 82 O.S. 1961, 1073 [82-1073]; 74 O.S. 1970, Supp. 1101-1120. [74-1101] — [74-1120] (MARVIN C. EMERSON) ** SEE: OPINION NO. 75-150 (1975) **